# MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.

www.moodklaw.com

**TARRYTOWN OFFICE**
*580 White Plains Rd.*
*Suite 601*
*Tarrytown, New York, 10591*
*(914) 345-3701*

*Kaitlyn Long*
Member NY Bars
Klong@moodklaw.com

May 5, 2026

> **MEMO ENDORSED**
> The case management conference presently scheduled for May 6, 2026, is rescheduled for May 8, 2026, at 10:30 a.m. in Courtroom 619, 40 Centre Street, New York, New York 10007.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: May 5, 2026
> New York, New York

**VIA ECF AND COURTESY COPY BY MAIL**

Judge Edgardo Ramos
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    Timothy J. McIlwain v. Marsha Mintz, LSW
  Docket No.:  1:25-cv-02902-ER
  Our File No.: 1412-116425 (KPL/ASK)

Dear Judge Ramos:

This office represents the interests of Defendant Marsha Mintz, LSW. in the above-referenced matter. The parties are currently set to convene at a compliance conference set for May 6, 2026. However, that date presents a conflict for Plaintiff's counsel, who has advised that he is only available virtually that day and cannot attend an in-person conference. Counsel is unable to appear due to a conflicting Court appearance which was set on May 6, 2026, due to our original appearance date on May 5, 2026. To our knowledge, we have not requested an adjournment previously. As such, we would request a brief adjournment or alternatively, a virtual compliance conference.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

/s/ *Kaitlyn Long*

Kaitlyn P. Long, Esquire

cc:  All Parties and Counsel of record – Via ECF

| Philadelphia | Westchester County | Wilmington | Towson | New York | Pittsburgh |
| --- | --- | --- | --- | --- | --- |
| Pennsylvania | New York | Delaware | Maryland | New York | Pennsylvania |