UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Timothy J. McIlwain,

Plaintiff,

*-against-*

Marsha Mintz, LSW,

Defendant.

**ORDER**

25-cv-02902 (ER)

RAMOS, D.J.:

On October 9, 2026, McIlwain filed copies of six subpoenas, including one as to nonparty Brooke Leah Berry. Doc. 22. On October 22, 2026, Berry filed a letter motion to quash the subpoena, to stay compliance, for a protective order, and for limitation to discovery. Doc. 23. McIlwain is directed to respond by October 28, 2026. Berry's reply, if any, is due November 4, 2026.

It is SO ORDERED.

Dated: October 23, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.